IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAMELA WALKER

    Plaintiff,

v.                                          Case No. 14-cv-0584 KK/SMV

FT. WINGATE HIGH SCHOOL and
MICHELLE QUIMAYOUSIE,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed her Complaint against Defendants on June 24, 2014. [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint, or through October 22, 2014, within which to effect service of process. There is no indication on the record that service of process has been effected with respect to Defendants.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why her claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file her response no later than **November 20, 2014**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**