IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAMELA WALKER

    Plaintiff,

v.                                                    Case No. 14-cv-0584 KK/SMV

FT. WINGATE HIGH SCHOOL and
MICHELLE QUIMAYOUSIE,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE AND
## EXTENDING DEADLINE TO SERVE DEFENDANTS

THIS MATTER is before the Court on Plaintiff's Response to Order to Show Cause [Doc. 6], filed on November 20, 2014. The Court ordered Plaintiff to show cause why her case should not be dismissed for lack of service under Fed. R. Civ. P. 4(m). [Doc. 4]. Plaintiff indicates in her Response that she has attempted to serve both Defendants. [Doc. 6]. However, for various reasons, she has not yet filed a return of service for Ft. Wingate High School. *Id*. She also requests an unspecified extension of time to serve Defendant Quimayousie. *Id.* at 2.

**IT IS THEREFORE ORDERED** that the Order to Show Cause [Doc. 4] is **QUASHED**.

**IT IS FURTHER ORDERED** that Plaintiff effect service on both Defendants by **December 19, 2014**, or face dismissal without prejudice pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

                                                                                 **STEPHAN M. VIDMAR**
                                                                                 **United States Magistrate Judge**