IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAMELA WALKER

    Plaintiff,

v.                                                     Case No. 14-cv-0584 KK/SMV

FT. WINGATE HIGH SCHOOL,
MICHELLE QUIMAYOUSIE, and
CHERYL QUIMAYOUSIE,

    Defendants.[1]

## SECOND ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff filed her initial Complaint against Defendants Ft. Wingate High School and Michelle Quimayousie, now terminated as a party, on June 24, 2014.  [Doc. 1] at 1.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint, or through October 22, 2014, within which to effect service of process.  Plaintiff failed to effect service in that time, and the Court ordered Plaintiff to show cause why her claims should not be dismissed for failure to comply with the service provision of Rule 4(m).  *See* [Doc. 4].  The Court subsequently quashed the order to show cause and ordered Plaintiff to effect service on Defendant Ft. Wingate High School by December 19, 2014. [Doc. 7].  There is still no indication on the record that Defendant Ft. Wingate High School has been served.[2]

---

[1] Plaintiff's Amended Complaint [Doc. 9], filed December 18, 2014, adds Cheryl Quimayousie as a defendant and notes that Defendant Cheryl Quimayousie was misidentified as Michelle Quimayousie in the initial Complaint.  *See* [Doc. 9] at 1.  Accordingly, Michelle Quimayousie has been terminated as a party.

[2] Although Plaintiff amended her complaint on December 18, 2014, the 120-day time period runs from the filing of the initial complaint.  *See Constien v. United States*, 628 F.3d 1207, 1216 (10th Cir. 2010).  "[L]ater amendments to

**IT IS THEREFORE ORDERED** that Plaintiff either effect service on Defendant Ft. Wingate High School or otherwise show good cause why her claims against Defendant Ft. Wingate High School should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiff shall either effect service or file a response to this order by **January 30, 2015**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

the complaint do not change the time limit except for newly added parties."  *Id.*  Defendant Ft. Wingate High School was named in both the original and amended complaints and, therefore, is not a newly added party.